**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTOPHER J. CHARLES, an unmarried man,<br><br>    Plaintiff,<br><br>vs.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; JOHN DOES and JANE DOES I-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; RED LIMITED LIABILITY ENTITIES I-X,<br><br>    Defendants. | No. CV08-2345-PHX-JAT<br><br>**ORDER** |

    Pending before this Court is Defendant Goldman Sachs Mortgage Company's Motion to Dismiss (Doc. # 10) and Plaintiff Christopher J. Charles' Notice of Voluntary Dismissal (Doc. # 11).

    Defendant having not filed an answer or a motion for summary judgment, pursuant to Rule 41(a)(1)(A)(I), *see Concha v. London*, 62 F.3d 1493,1506 (9th Cir. 1995),

    **IT IS ORDERED** dismissing this case without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal.

    **IT IS FURTHER ORDERED** denying Defendant's Motion to Dismiss (Doc. # 10) as moot.

///

///

1   **IT IS FINALLY ORDERED** directing the Clerk's office to close the case.

2   DATED this 7th day of April, 2009.

_____
James A. Teilborg
United States District Judge